COLEMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Harriet Coleman against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.